# **EXHIBIT A**

## **EXHIBIT A**

| No.[7] | Defendant | EFO LSI Distributions Since Inception |
|---|---|---|
| 4 | Alvin Holdings LLC | $3,272,816 |
| 5 | Anand A. Gandhi | $13,397 |
| 6 | Angie H. Carlson | $97,736 |
| 7 | Anthony Koeijmans | $487,564 |
| 8 | Appreciation Siblings | $604,198 |
| 9 | Arborwood Naples, LLC | $753,934 |
| 10 | Ashley S. Will Finnegan | $106,582 |
| 12 | BE-MAC Asset Management, Inc. | $146,450 |
| 14 | Bridget Gordman | $749,796 |
| 15 | Carl Karnes | $1,162,659 |
| 16 | CHAAC Capital Group, LLC | $100,527 |
| 17 | Charles Lynch Lancaster Trust (Robert "Payne" Lancaster, Jr. as trustee) | $114,025 |
| 19 | Christopher Yinger | $25,134 |
| 20 | Craig Burns | $25,134 |
| 24 | D Trombley 2600-B, LLC | $24,325 |
| 25 | David Owen | $406,084 |
| 26 | Dotty Bollinger | $1,219,677 |
| 27 | Edith Smith | $280,593 |
| 28 | Edward F. Kiernan | $274,171 |
| 40 | EFO Private Equity Fund II, L.P. | $9,200,478 |
| 49 | GAFLP II, Ltd. | $753,934 |
| 51 | George B. Erensen | $385,801 |
| 53 | Gulfshore Capital Partners LLC | $64,269 |
| 54 | Helen A. Grammen | $244,346 |
| 55 | Hoak Private Equities I, L.P. | $964,047 |
| 59 | HPH Investments II | $220,839 |
| 60 | Hugh P. Hennesy | $65,158 |
| 62 | James F. Stafford | $81,448 |
| 63 | James S. St. Louis, III | $4,019,265 |
| 64 | James W. Horne | $325,795 |
| 65 | Jason Jones | $25,134 |
| 67 | JEK SEP/Property, L.P. | $4,061,133 |
| 69 | Jennifer Kiernan | $47,180 |
| 70 | Jill St. Louis | $4,708,029 |

---

[7] The numbers provided in this column correspond to the number for each Defendant listed in the Amended Exhibits of the Defendants [Adv. Dkt. 312-1].

| No.[7] | Defendant | EFO LSI Distributions Since Inception |
|---|---|---|
| 71 | John A. Drossos 2000 Irrevocable Exempt Trust (John A. Drossos as trustee) | $64,269 |
| 72 | John E. Ayres | $3,641,409 |
| 73 | John F. Spallino | $25,134 |
| 75 | John Polikandriotis | $12,565 |
| 76 | Joshua C. Helms | $13,397 |
| 79 | Justin Horne | $42,020 |
| 80 | Kara A. Grammen | $235,993 |
| 82 | Kenneth "Kip" Gordman | $1,295,713 |
| 83 | Kirk Coleman | $914,327 |
| 84 | KRE SEP/Property, L.P. | $3,177,284 |
| 85 | Lee Weeks | $2,045,517 |
| 86 | Lester Morales, Jr. | $106,582 |
| 87 | Lisa A. Melamed | $41,417 |
| 88 | Louis X. Amato | $502,625 |
| 90 | Lynne M. Flaherty | $12,565 |
| 94 | MARBL SOS, Ltd. | $113,352 |
| 95 | Martin Holmes | $6,136,529 |
| 96 | Mary C. Tanner-Brooks | $51,680 |
| 97 | Mary Sullins Lancaster Trust (Robert "Payne" Lancaster, Jr. as trustee) | $114,025 |
| 98 | Masterdom Value Fund, Ltd. | $285,072 |
| 101 | Michael Grammen | $216,417 |
| 102 | N. Ross Buckenham | $325,795 |
| 103 | Nelda Cain Pickens Grandchildren's Trust (Rod Cain Jones as trustee) | $114,025 |
| 104 | Orzo, LLC | $151,718 |
| 105 | Patrick Foote | $80,337 |
| 106 | Robert "Payne" Lancaster, Jr. | $1,273,354 |
| 107 | Payne Lancaster IRA (Robert "Payne" Lancaster, Jr. as account owner) | $104,656 |
| 108 | Peter Jacobsen | $2,892,142 |
| 110 | Phil Garcia | $500,901 |
| 112 | Raymond Monteleone | $488,839 |
| 113 | RIFAM, LLC | $651,591 |
| 115 | Rod C. Jones | $211,764 |
| 119 | San Ysidro Holdings, L.P. | $244,346 |
| 123 | Stacy R. Danahy | $81,448 |
| 124 | Stanhope Capital Fund I, L.P. | $8,133,203 |
| 125 | Sylvia J. Gagliardi | $44,297 |

| No.[7] | Defendant | EFO LSI Distributions Since Inception |
|---|---|---:|
| 126 | Tina M. Christiaens | $12,565 |
| 127 | Valerie A. Maxam-Moore | $25,134 |
| 128 | Vireo, LLC | $160,676 |
| 129 | Westfields Investments, LLC | $3,272,816 |
| 133 | William K. Brooks | $51,680 |
| 136 | William Ray Clark | $275,296 |
| 140 | Yvonne Grammen | $216,417 |

4883-8444-8907