Hugh M. Ray, III
Texas Bar No. 24004246
609 Main Street, Suite 2000
Houston, TX 77002
Tel: (713) 276-7600
*Counsel for the Plaintiffs*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EFO HOLDINGS, LP, | § | Case No. 12-37936-swe-7 |
| | § | |
| Debtor. | § | |
| | § | |
| Scott M. Seidel, the chapter 7 Trustee, *et al.*, | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | |
| | § | Adversary No. 21-03043-swe |
| EFO LSI, Ltd., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **AGREED MOTION FOR ABATEMENT**

TO THE HONORABLE SCOTT W. EVERETT, U.S. BANKRUPTCY JUDGE:

Plaintiffs[1] and Defendants jointly submit this *Agreed Motion for Abatement* (the "Motion") and in support would respectfully show the Court as follows:

## **ARGUMENT**

1. The Parties (Plaintiffs and Defendants) jointly and respectfully seek an abatement of this Adversary Proceeding.

---

[1] Scott M. Seidel, the chapter 7 trustee (the "Trustee") for the estate (the "Estate") of EFO Holdings, L.P. (the "Debtor"), the debtor in the above-styled chapter 7 bankruptcy case (the "Bankruptcy Case") and Joe Samuel Bailey ("Bailey"), Laserscopic Spinal Centers of America, Inc., Laserscopic Spine Centers of America, Inc., and Laserscopic Medical Clinic, LLC (collectively, the "Plaintiffs" and/or together with the Trustee, the "Plaintiffs").

2. This Motion is not interposed for any improper purpose or to cause delay. Because the Adversary Proceeding, if not abated, requires significant investment of time and expense, the Parties believe that an abatement will allow them to efficiently use resources and focus on exploring potential settlement opportunities of some or all of the clams before they lift the abatement (if necessary), pursue a ruling on existing summary judgment motions, continue discovery (if necessary), and try the case (if necessary).

### RELIEF REQUESTED

The Parties respectfully request that this Honorable Court enter an order abating this Adversary Proceeding and set a status conference every 120 days during the abatement period. To the extent that the parties resolve the Adversary Proceeding, they will promptly advise this Court.

Dated: May 6, 2024                    Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Hugh M. Ray, III*
     Hugh M. Ray, III (Texas Bar No. 24004246)
     L. James Dickinson (Texas Bar No. 24105805)
     609 Main Street, Suite 2000
     Houston, Texas 77002
     (713) 276-7600
     hugh.ray@pillsburylaw.com
     james.dickinson@pillsburylaw.com
     baileycollections@pillsburylaw.com

     -and-

     Jennifer G. Altman (Florida Bar No. 881384)
     Shani Rivaux (Florida Bar No. 42095)
     600 Brickell Avenue, Suite 3100
     Miami, Florida 33131
     (786) 913-4900
     jennifer.altman@pillsburylaw.com
     shani.rivaux@pillsburylaw.com

*Counsel for the Plaintiffs*

**JAMES S. BELL, PC**

By: /s/ *James S. Bell*
    James S. Bell (Texas Bar No. 24049314)
    Connor Nash (Texas Bar No. 24116809)
    2808 Cole Avenue, Suite 1000
    Dallas, Texas 75204
    (214) 668-9000
    james@jamesbellpc.com
    connor@jamesbellpc.com

*Counsel for William Esping, Robert Grammen, and Julie Krupala*


**THE LAW OFFICES OF JOHN A. SOPUCH III**

By: /s/ *John A. Sopuch*
    John A. Sopuch III (Texas Bar No. 24011567)
    4833 Saratoga Blvd
    Corpus Christi, Texas 78413
    (808) 343-1158
    jsopuch@sopuchlawvi.com

*Counsel for William Esping, Robert Grammen, and Julie Krupala*


**LYNN PINKER HURST & SCHWEGMANN LLP**

By: /s/ *Christopher Schwegmann*
    Christopher Schwegmann (Texas Bar No. 24051315)
    2100 Ross Avenue, Suite 2700
    Dallas, TX 75021
    (214) 981-3835
    cschwegmann@lynnllp.com

*Counsel for the Defendants, except John Hoffman and J. Hoffman & Co.*

# **CERTIFICATE OF SERVICE**

This is to certify that on May 6, 2024, a true and correct copy of the foregoing hearing notice was served by email or the ECF system on all counsel of record (who are deemed to have consented to electronic service):

Via email: drukavina@munsch.com
Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659

*General Counsel for Trustee*

Via email: joel@everythingprobate.com
Joel Norris
Everything Probate
4545 Bissonnet Street, Suite 298
Bellaire, Texas 77401

*Temporary Administrator of the Estate of John M. Hoffman*

Via email: gpronske@spencerfane.com
Gerrit M. Pronske
Spencer Fane LLP
5700 Granite Parkway Ste 650
Plano, Texas 75024

*Counsel for Defendants, except J. Hoffman & Co. and the estate of John M. Hoffman*

Via email: mark@strombergstock.com
Mark Stromberg
Stromberg Stock, PLLC
Campbell Center I Suite 1225
8350 North Central Expressway
Dallas, Texas 75206

*Counsel for Defendants, except J. Hoffman & Co. and the estate of John M. Hoffman*

Via email: jguso@bergersingerman.com
Jordi Guso
Berger Singerman LLP
1450 Brickell Avenue
Miami, Florida 33131

*Counsel for Defendants, except J. Hoffman & Co. and the estate of John M. Hoffman*

Via email: cschwegmann@lynnllp.com
Christopher Schwegmann
Lynn Pinker Hurst & Schwegmann LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75021

*Counsel for Defendants, except J. Hoffman & Co. and the estate of John M. Hoffman*

Via email: james@jamesbellpc.com
James S. Bell
James S. Bell, PC
2808 Cole Avenue, Suite 1000
Dallas, Texas 75204

*Counsel for Defendants William Esping, Robert Grammen, and Julie Krupala*

Via email: jsopuch@sopuchlawvi.com
John A. Sopuch III
The Law Offices of John A. Sopuch III
4833 Saratoga Boulevard
Corpus Christi, Texas 78413

*Counsel for Defendants William Esping, Robert Grammen, and Julie Krupala*

　　　　　　　　　　　　　　　　*/s/ Hugh M. Ray, II*　　　　　　
　　　　　　　　　　　　　　　　Hugh M. Ray, III